**Order entered August 6, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01180-CV

### IN THE INTEREST OF M.A.A., A CHILD

**On Appeal from the 382nd Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 01-09-843**

## ORDER

Before the Court is the August 4, 2015 motion of appellant Sherry Rhodes to file "Mother's" brief. The Court has filed the brief tendered by appellant Breena Nichols Rhodes on July 30, 2015. Accordingly, we **DENY** the motion as moot.

/s/     ELIZABETH LANG-MIERS
          JUSTICE